JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC., on behalf of Affected Performers,, <br><br> Petitioner, <br><br> v. <br><br> THE SYSTEM WITHIN PRODUCTION, LLC, <br><br> Respondent. | No.  CV 23-1008 PA (ADSx) <br><br> JUDGMENT |

In accordance with the Court's May 1, 2023 order granting the Motion filed by petitioner Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc. ("Petitioner" or "SAG-AFTRA"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Court confirms the arbitration award in favor of SAG-AFTRA and against The System Within Film Production, LLC ("Respondent"), Union Case No. TM 4925, dated February 7, 2019.

//

//

2. Respondent is ordered to pay as follows:

    (a) To SAG-AFTRA, on behalf of affected performers, the sum of $30,893.02;

    (b) To SAG-AFTRA for its attorney's fees incurred in this action, the sum of $2,400.00; and

    (c) To SAG-AFTRA for its costs incurred in this action, the sum of $400.00.

3. SAG-AFTRA is hereby granted an assignment of Respondent's accounts receivable from the distribution, exhibition, exploitation or other use of the motion picture entitled "The System Within" anywhere in the world until the amounts due are paid in full.

DATED: May 1, 2023

                                                   Percy Anderson
                                        UNITED STATES DISTRICT JUDGE